IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. CRUMLY,

      Petitioner,                    No. 2:10-cv-2905 KJN P

   vs.

UNKNOWN,

      Respondents.            <u>ORDER</u>

                        /

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  In his application, petitioner challenges proceedings in the Calaveras County Superior Court.  Calaveras County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Petitioner has not filed an application to proceed in forma pauperis or paid the appropriate filing fee.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: November 3, 2010

   _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

14  crum2905.109